IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Evans, Jason D

Printed: 5/13/08

Case Number: 07 B 23147
Judge: Wedoff, Eugene R
Filed: 12/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 288.42 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 269.67 |
| Trustee Fee: |  | 18.75 |
| Other Funds: |  | 0.00 |
| Totals: | 288.42 | 288.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,481.50 | 269.67 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 29,000.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 101.90 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 415.05 | 0.00 |
| 6. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 7. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 8. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 9. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 31,998.45 | $ 269.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 18.75 |
|  | _____ |
|  | $ 18.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Evans, Jason D | Case Number:  07 B 23147 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/13/08 | Filed:  12/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

